Chicago Title and Trust Company, appellee, v. Abraham J. Eisenberg et al., appellees. Philip A. Paulson et al., appellees. Appeal of Mayer Karasik, appellant. Gen. No. 40,216.

Mayer Karasik, appellant, v. Philip A. Paulson et al., appellees. Gen. No. 40,217.

Opinion filed March 28, 1939.

Edelson, Edelson & Wise, for appellant; Clarence Edelson and William N. Wise, of counsel. Judah, Reichmann, Trumbull, Cox & Stern and A. Edmund Peterson, for appellees.

Mr. Justice Friend delivered the opinion of the court.

George Christian, appellant, v. Peter Smirinotis, appellee. Gen. No. 40,378.

Opinion filed March 28, 1939.

Walter B. Prendergast, for appellant. James F. Lyons, for appellee; Elwyn E. Long, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Sophie Engel, appellant, v. Chicago City Railway Company et al., appellees. Gen. No. 40,546.

Opinion filed March 28, 1939.

Joseph F. Elward, for appellant. Frank L. Kreite, Warner H. Robinson and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Joseph Chaet et al. Appeal of Lionel J. Livingston, appellant. Gen. No. 40,218.

Opinion filed March 29, 1939.

Maurice L. Davis, for appellant. Kirkland, Fleming, Green, Martin & Ellis, for appellee; Andrew C. Hamilton and Daniel S. Wentworth, Jr., of counsel.

Mr. Presiding Justice D. E. Sullivan delivered the opinion of the court.